UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00029-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID BRANDON GREENHAW,

    Defendant.

## ORDER RESETTING EVIDENTIARY HEARING

THIS MATTER comes before the Court on the Government's Motion to Re-Schedule Evidentiary Hearing **(#29)**.

**IT IS ORDERED** that the motion **(#29)** is **GRANTED**. The 2-hour evidentiary hearing set for June 1, 2006 is **VACATED** and **RESET** for June 9, 2006 at 1:30 p.m.

Dated this 23rd day of May, 2006

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge