UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00029-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID BRANDON GREENHAW,

        Defendant.

_____

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**
_____

       The following matter is set for a non-evidentiary hearing on the law and motion calendar

of Judge Marcia S. Krieger to be held on **May 26, 2006 at 8:30 a.m.**  in the United States

District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj

U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel shall *bring their calendars*.

       The parties shall be prepared to address:

       Defendant's Unopposed Motion to Continue Evidentiary Hearing **(#32)**

       Counsel may appear at this hearing by telephone.  To appear telephonically, counsel and

*pro se* parties shall contact Maureen Nelson, at **(303) 335-2185 no later than 5:00 p.m. of the**

**date of this Order** to make telephone arrangements.

Dated this 25th day of May 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge