UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00029-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAVID BRANDON GREENHAW,

       Defendant.

## ORDER VACATING TRIAL DATE AND DIRECTING COUNSEL TO OBTAIN NEW TRIAL DATE

THIS MATTER comes before the Court on the parties' Stipulation as to Speedy Trial Act Computation. Based thereon,

**IT IS ORDERED** that the trial set for June 26, 2006 is **VACATED**. Counsel are directed to jointly contact chambers at (303) 335-2289 no later than the close of business on **June 2, 2006** to obtain a new trial date.

Dated this 1st day of June, 2006

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge