UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00029-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAVID BRANDON GREENHAW,

       Defendant.

---

## SETTING AND TRIAL PREPARATION ORDER

---

THIS MATTER comes before the Court for setting of trial and pretrial deadlines.  The

parties have previously contacted the Court and advised the Court of the deadlines applicable

pursuant to the Speedy Trial Act (18 U.S.C. §3161, *et. seq.*) and obtained preliminary dates.

Pursuant to the agreement of the parties and in accordance with the Speedy Trial Act and the

Local Rules of the United States District Court for the District of Colorado effective April 15,

2002,

**IT IS HEREBY ORDERED:**

This Order may not be modified by agreement of the parties.  Upon timely application,

however, either or both parties may seek modification as may be necessary to meet a *bona fide*

emergency, to avoid irreparable injury or harm, or as may otherwise be necessary to do substantial

justice.

## A.  TRIAL AND TRIAL PREPARATION SETTINGS

The initial trial setting in this matter for a seven day trial to a jury of twelve, plus alternates, is **August 21, 2006**, at **1:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The final trial preparation conference is set for a one-half hour hearing on **August 17, 2006** at **4:30 p.m.**  The parties are expected to be fully prepared for trial at that time.  The Defendant and lead counsel who will try the case shall attend.

## B.  MOTIONS DEADLINES

1.    Pretrial motions **other than Motions to Suppress** shall be filed on or before **June 16, 2006**.  Responses and Motions to Suppress shall be filed on or before **June 27, 2006**.

2.    A motions hearing is set for **July 13, 2006** at **8:00 a..m.**  If no motions are filed, this hearing automatically will be vacated without further court order.  The hearing will be non-evidentiary.  Please be prepared to argue non-evidentiary pre-trial motions.  Evidentiary motions will be set at this hearing.  If further hearings are required and cannot be accommodated before the initial trial date, it will be vacated at the motions hearing.

## C.  PLEA AGREEMENTS

Local Rule D.C.COLO.LCrR 11.1 is applicable in this matter.  A Notice of Disposition shall be filed **no later than 14 days** before the above stated trial date.

## D.  TRIAL PREPARATION REQUIREMENTS

**1. Conflicts in Scheduling.**  Continuances of the trial will be granted only in truly exceptional circumstances upon grounds satisfying the provisions of the Speedy Trial Act

**2. Motions and Jury Instructions.**  All motions *in limine* and proposed jury instructions

must be filed and served **at least one week** prior to the final trial preparation conference.

Responses to motions shall be filed at least **48 hours** prior to the conference. In accordance with

the Practice Standards - Criminal posted on the Court website, please ensure that courtesy copies

of motions and responses reach chambers.  Motions *in limine* may be considered at the

conference as will other outstanding pretrial motions.

Counsel should confer as to the required jury instructions prior to submission to avoid

duplication.  Jury instructions can be submitted as stipulated instructions or separately as

proposed instructions.  All proposed instructions shall be submitted double-spaced  via email to

(krieger_chambers@cod.uscourts.gov).  All instructions submitted should contain language which is

gender neutral or gender correct.  Instructions should contain the caption "Instruction No. __ ",

and the instruction itself, with no other titles, numbers, or authority.

**3. Witness List.**  At the conference, the Government shall submit an original and three

copies of the final Witness List (form available at www.co.uscourts.gov) to the court and one

copy to the Defendant(s) unless previously provided.  Please be sure that first and last names are

spelled correctly (using capital letters only for proper names) and that any changes in name have

been noted, as one copy will be available to the court reporter to avoid the necessity of asking for

the spelling of the witness' name.

**4.  Exhibit List.**  At the conference, the Government shall also submit an original plus

three copies of the final Exhibit List (form available at www.co.uscourts.gov) to the Court and

one copy to the Defendant(s), unless previously provided.

If exhibits are to be presented by CD, they shall be labeled thereon.  If they are to be

presented in hard copy, labels should be affixed prior to trial.  Exhibit Labels shall be used by both

parties, and may be obtained from the Clerk's Office in Room A105.  The Government's exhibits

should be marked with the yellow labels, using numbers.  (The Defendant's exhibits shall be marked with the blue labels, using letters A1 thru 99, B1 thru 99, etc.)  The criminal action number shall also be placed on each of the exhibit stickers.  All paper exhibits shall be bound, such as in three-ring notebooks or folders, and the notebook or folder labeled with the following information: (i) caption, (ii) charges,  (iii) scheduled date and time, (iv) party's name and designation and (v) "original" or "copy," and delivered to the courtroom deputy clerk at the final trial preparation conference.  Demonstrative exhibits, documents used to refresh memory, and written Stipulations of Fact shall also be marked as exhibits.

5. *Voir Dire* **Questions.**  The Court will conduct *voir dire* which will be composed of its own questions and those submitted by counsel.  Proposed *voir dire* questions must be presented and exchanged at the final trial preparation conference.

6.  **Terminology**.  At the final trial preparation conference, parties shall also submit an original and three copies of a glossary of any unusual or technical terminology.  The glossary should also include names of persons who will be mentioned during the course of trial but are not parties to the litigation.  Capitalize proper names, only.

7.  **Video and Special Equipment.**  If you intend to use electronic equipment advise the courtroom deputy clerk **no later than two weeks** before trial.

8.  **Trial Briefs**.  Please advise the Court at the final trial preparation conference if you wish to file trial briefs, which may not be filed unless authorized by the Court.  Briefs requested shall be filed on a date to be set by the Court. Unless otherwise specified, trial briefs shall be limited to 5 pages.

9. **Issues to be addressed at the Pretrial Conference.**

The parties shall be prepared to address the following issues:

1)  jury selection, including the need for a special jury panel and whether the

    parties desire the use of a jury questionnaire;

2)  sequestration of witnesses;

3)  presentation of exhibits to the jury;

4)  timing of presentation of witnesses and evidence;

5)  anticipated evidentiary issues (need for scheduling of hearings outside the

    presence of the jury);

6)  any stipulations as to fact or law; and

7)  any other issue affecting the duration or course of the trial.

Dated this 2nd day of June, 2006.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge