UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00029-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAVID BRANDON GREENHAW,

       Defendant.

_____

**ORDER**
_____

THIS MATTER COMES before the Court, *sua sponte*. The final trial preparation conference set for **June 22, 2006** and the **July 13, 2006** motions hearing are **VACATED**.

Dated this 9th day of June 2006.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge