UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00029-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID BRANDON GREENHAW,

        Defendant.

## ORDER RESETTING EVIDENTIARY HEARING

**IT IS ORDERED THAT** the evidentiary hearing previously set for **July 21, 2006 at 3:00 p.m.** is hereby reset to **July 21, 2006 at 9:00 a.m.** in the United State District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 13th day of July, 2006.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge