**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:  Maureen Nelson<br>Court Reporter:  Paul Zuckerman | Date: July 21, 2006 |

Civil Action No. 06-cr-00029-MSK

| *Parties*: | *Counsel Appearing* |
|---|---|
| UNITED STATES OF AMERICA, | Thomas O'Rourke |
| Plaintiff, | James Allison |
| v. | |
| DAVID BRANDON GREENHAW, | Joseph Saint-Veltri |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Evidentiary Hearing

**9:07 a.m.       Court in session**

Defendant present on bond.

**Witness sworn  for the government: George Allen:**
 **9:09 a.m.**     Direct Examination by Mr. O'Rourke.

 **EXHIBITS:  Received:** 50

Cross examination of Mr. Allen by Mr. Saint-Veltri.

**Witness sworn  for the government: Carol Sniegowski:**
 **9:23 a.m.**     Direct Examination by Mr. O'Rourke.

Cross examination of Ms. Sniegowski by Mr. Saint-Veltri.

Government rests.

**Witness sworn  for the defendant: David Greenhaw:**
 **9:32 a.m.**     Direct Examination by Mr. Saint-Veltri.

Cross examination of Mr. Greenhaw by Mr. Allison.

Redirect examination of Mr. Greenhaw by Mr. Saint-Veltri.

**Witness sworn  for the defendant: John Banashek:**
 **9:52 a.m.**     Direct Examination by Mr. Saint-Veltri.

Cross examination of Mr. Banashek by Mr. Allison.

Redirect examination of Mr. Banashek by Mr. Saint-Veltri.

**10:28 a.m.      Court in recess**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**10:48 a.m.    Court in session.**

Defense rests.

**Rebuttal witness sworn for the government: Thomas O'Rourke:**
**10:48 a.m.**    Direct Examination by Mr. Allison.

Cross examination of Mr. O'Rourke by Mr. Saint-Veltri.

Redirect examination of Mr. O'Rourke by Mr. Allison.

Argument by Mr. Allison.

Argument by Mr. Saint-Veltri.

Ruling by the Court.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**    Motion to Exclude Evidence **(Doc. #20) is granted in part and denied in part.** Pursuant to the terms of the agreement, the Government is barred from presenting any evidence that was directly obtained during the course of the interview. The Government is not barred from presenting evidence of anything that was derivative from the interview.

**ORDER:**    Motion for Kastigar Hearing **(Doc. #10) is denied.**

**ORDER:**    Bond is continued.

**11:36 a.m**    **Court in recess.**

**Total Time:    2 hours 9 minutes.**
**Hearing concluded.**