UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00029-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID BRANDON GREENHAW,

    Defendant.

## ORDER

Due to the scheduling of a multi defendant criminal trial,

**IT IS ORDERED** that the sentencing in this matter set to commence on February 20, 2007 is VACATED and reset to **April 2, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. Any objections to resetting must be filed within 10 days, any response to the objection must be filed within 3 days.

Dated this 5th day of February, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge