IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover        Date: April 2, 2007
Court Reporter:   Paul Zuckerman
Probation Officer: Michelle Means

Criminal Action No. 06-cr-00029-MSK

*Parties*:                               *Counsel*:

UNITED STATES OF AMERICA,                Thomas O'Rourke

    Plaintiff,

v.

DAVID BRANDON GREENHAW,                  Joseph Saint-Veltri

    Defendant.

## SENTENCING MINUTES

**8:35 a.m.    Court in session**.

Defendant present on bond.

**Change of Plea Hearing on October 16, 2006.  Defendant pled guilty to Counts 1 and 7 of the Indictment.**

**ORDER:**     The Court accepts the defendant's plea of guilty to Counts 1 and 7 o f the Indictment.

**ORDER:**     Government's Motion to Dismiss Counts 2, 3, 4, 5, 6, 8 and 9 of the Indictment **(Doc. #54)** is **GRANTED.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report other than as set forth in defense counsel's letter the probation department.

The parties **do** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument by counsel for the Government and the defendant.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument by defense counsel.

Allocution. - Statements made by: The Government, the defendant, and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Government's Motion for Downward Departure **(Doc. #53)** is **GRANTED** in part but **DENIED** as to the scope of departure requested.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The Probation Department will prepare the judgment.

The defendant is advised of his right to appeal.

**ORDER:** Bond is exonerated.

**9:43 a.m.** **Court in recess.**

Total Time: 1 hour 8 minutes
Hearing concluded.